ROBERT L. FORKNER (CSB# 106697)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:(209)544-0200
Fax:      (209)544-1860

Attorney for Defendant
OMAR QUINTERO-RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:11-CR-00197-LJO |
|---|---|
| Plaintiff, | ) ORDER TO |
| v. | ) CONTINUE STATUS CONFERENCE |
| | ) (note lines 1-3) |
| OMAR QUINTERO-RODRIGUEZ ET AL., | ) |
| Defendants. | ) |

GOOD CAUSE APPEARING in paragraph 3 of the stipulation (in that paragraph 2 simply says that counsel are not ready—hardly good cause), it is hereby ordered that the September 2, 2011 Status Conference be continued to September 23, 2011 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER

1

ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) from the date of this order to September 23, 2011.

IT IS SO ORDERED.

Dated:   **August 31, 2011**                    **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE