**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
CRUZ VALENZUELA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>vs.<br>CRUZ VALENZUELA,<br><br>　　　　　　　Defendant, | Case No.: 11-CR-197 LJO<br><br>**STIPULATION TO CONTINUE**<br>STATUS HEARING; ORDER OF DENIAL |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE J. O'NEILL AND ELANA S. LANDAU, ASSISTANT UNITED STATES ATTORNEY:

　　**COMES NOW** Defendant, CRUZ VALENZUELA by and through his attorney of record, DAVID A. TORRES hereby request that the status conference hearing date currently set for Monday, December 5, 2011 be continued to January 17, 2012 at 1:00 p.m., or a date convenient to court and counsel.

　　This is a mutual agreement between myself, Assistant United States Attorney Elana S. Landau and Co-Counsel Jon Kiyoshi Renge and Robert Lee Forkner.  It is my understanding that additional discovery is forthcoming.  In addition, a continuance is need to discuss the plea agreement.

1 **The defendant is willing to continue excluding time through the next court**
2 **appearance and that the ends of justice in the exclusion outweigh defendant's speedy trial**
3 **rights.**
4     Based upon the foregoing, I respectfully request that this matter be Continued to
5 January 17, 2012.
6     The parties also agree that the delay resulting from the continuance shall be excluded in
7 the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

10 Dated: November 30, 2011     /s/ David A. Torres
    DAVID A. TORRES
11     Attorney for Defendant
    LONNY RAY HAYCOCK

14 Dated: November 30, 2011     /s/ Elana S. Landau
    ELANA S. LANDAU
    Assistant U. S. Attorney

16 Dated: November 30, 2011     /s/ Jon Kiyoshi Renge
    JON KIYOSHY RENGE
17     Attorney for Defendant
    Carlos Felipe Castelar -Trujillo

19 Dated: November 30, 2011     /s/Robert Lee Forkner
    ROBERT LEE FORKNER
20     Attorney for Defendant
    Omar Quintero-Rodriguez

# ORDER

**GOOD CAUSE HAS NOT BEEN STATED.  TO JUSTIFY THE GOOD CAUSE NEEDED TO CONTINUE, THE REASONS THAT DISCOVERY HAS NOT BEEN PROVIDED IN ITS ENTIRETY BEFORE THIS TIME (THE CASE IS CURRENTLY 6 MONTHS SINCE INDICTMENT), AND ALSO THE REASONS WHY SETTLEMENT DISCUSSIONS HAVE NOT TAKEN PLACE BY NOW ARE REQUIRED.  DENIED.**

IT IS SO ORDERED.

**Dated:   December 1, 2011**             /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE